IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN WALSH, et al.        :   CIVIL ACTION
                          :
VS.                       :   NO. 02-4752
                          :
HONEYWELL INTERNATIONAL, INC.

**ORDER**

AND NOW, this 31st of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Mary A. McLaughlin to the Honorable William H. Yohn, Jr..

FOR THE COURT:


JAMES T. GILES
Chief Judge

ATTEST:


MICHAEL E. KUNZ
Clerk of Court